CLARA YATTER, as Executrix, etc., of SIGMUND YATTER, Deceased, Respondent, Appellant, v. EMIL OSKAR HEINRICH MATHIES and Others, Defendants, Impleaded with THE ROYAL MAIL STEAM PACKET COMPANY and INDEPENDENT WAREHOUSES, INC., Respondents, and P. H. KEAHON, INC., and J. J. FITZHENRY, INC., Appellants.— Judgment affirmed, with costs to the plaintiff against the defendants P. H. Keahon, Inc., and J. J. Fitzhenry, Inc., and costs to the defendants The Royal Mail Steam Packet Company and Independent Warehouses, Inc., against plaintiff. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ. [139 Misc. 26.]

LOUIS ASCH & CO., INC., Respondent, v. 255 WEST 34TH STREET, INC., and Others, Appellants, Impleaded with Others, Defendants.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

HORACE A. DOAN, as Substituted Trustee, etc., of JANE B. MOTT, Deceased, Respondent, v. JOHN C. O'CONOR and Another, as Trustees, etc., of WILLIAM F. MOTT, Deceased, and Another, Defendants; LUCY L. B. MOTT and Others, Respondents, SUSAN EMBURY BRINCKERHOFF and Others, Appellants, Impleaded with Others.— Judgment so far as appealed from affirmed, with costs to the plaintiff, respondent, against the appellants. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH H. HOADLEY, Appellant.— Judgment affirmed. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

SERGIO CASCIONE, Appellant, v. VINCENZA CASCIONE, Respondent.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

PRIMO GALLOTTI, Individually and as Surviving Partner, etc., and MARIE COUGELMANN, Respondents, v. CONTINENTAL INSURANCE COMPANY and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendants to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

CAMILLE GEARY, Respondent, v. JOHN RICHARD GEARY, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendant to answer within twenty days from service of order upon payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

MACK-INTERNATIONAL MOTOR TRUCK CORPORATION, Respondent, v. LONG BEACH SIGHTSEEING CO., INC., and Others, Defendants, Impleaded with SAMUEL RAIKEN, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.